UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DESMOND ANTHONY WALSH,

                                              **ORDER**
                   Plaintiff,              **14-CV-7239 (GBD) (KNF)**

            -against-

PATRICK R. DONAHOE, Postmaster General,
United States Postal Service,
                    Defendant.
------------------------------------------------------------X

IT IS HEREBY ORDERED that the Clerk of Court modify the caption of the instant action by removing the name Patrick R. Donahoe ("Donahoe"), as the defendant and replacing that name with the name Megan Brennan ("Brennan"). During the course of this litigation, Donahoe was replaced as postmaster general, United States Postal Service, by Brennan. The new caption for this action is:

Desmond Anthony Walsh,

                Plaintiff

           -against-

Megan Brennan, Postmaster General, United States Postal Service,

                Defendant

The Clerk shall effect this caption change as expeditiously as practicable.

Dated: New York, New York                    SO ORDERED:
       April 22, 2020

                                                          _/s/ Kevin Nathaniel Fox_
                                                          KEVIN NATHANIEL FOX
                                                           UNITED STATES MAGISTRATE JUDGE