UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DESMOND ANTHONY WALSH,

             Plaintiff,

      -against-                           **ORDER**
                                         14 CV 7239 (GBD) (KNF)
MEGAN BRENNAN, Postmaster General,
United States Postal Service,

             Defendant.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      In a letter dated April 20, 2020, counsel to the plaintiff advised the Court that the defendant had consented to the filing of an amended complaint. Therefore, in accordance with Fed. R. Civ. P. 15(a)(2), the Court grants leave to the plaintiff to file an amended complaint on or before April 28, 2020.

Dated:  New York, New York                  SO ORDERED:
         April 21, 2020

                                                _Kevin Nathaniel Fox_
                                                KEVIN NATHANIEL FOX
                                                UNITED STATES MAGISTRATE JUDGE