UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
DESMOND A. WALSH,

      Plaintiff,

  -against-

LOUIS DEJOY, Postmaster General, United States Postal Service

      Defendant.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 0 2021

ORDER

14 Civ. 7239 (GBD)(KNF)

GEORGE B. DANIELS, United States District Judge:

  Plaintiff's request for an extension of time to file objections to the Report and Recommendation, (ECF No. 104), is GRANTED to the extent that Plaintiff's objections shall be filed by August 18, 2021. Defendant's reply shall be filed by September 1, 2021. No further extensions of time will be granted.

Dated: August 10, 2021
   New York, New York

              SO ORDERED.

              *George B. Daniels*
              GEORGE B. DANIELS
              United States District Judge