UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DESMOND A. WALSH,

                      Plaintiff,                    14 **CIVIL** 7239 (GBD) (KNF)

       -against-                      **JUDGMENT**

LOUIS DEJOY, Postmaster General, United
States Postal Service,

                      Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 24, 2021, Magistrate Judge Fox's Report is adopted. Defendant's motion for summary judgment, (ECF No. 77) is granted; accordingly, this case is closed.

**Dated:** New York, New York
        September 27, 2021

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                       **BY:**
                                                            **Deputy Clerk**